01

02

03

04

05

06          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. MJ 11-548
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )   DETENTION ORDER
11  MICHAEL PETER SIMONSON,             )
                                        )
12          Defendant.                  )
    _____)

13

14  <u>Offense charged</u>:        Escape

15  <u>Date of Detention Hearing</u>:    January 4, 2012.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.        Defendant is charged with absconding from a halfway house, Pioneer

01 Residential Reentry Center.

02     2.     Defendant was not interviewed by Pretrial Services. Some of his background

03 information is unknown or unverified. Defendant does not contest entry of an order of

04 detention.

05     3.     Defendant poses a risk of nonappearance based on a history of problems with

06 compliance with pretrial and probation supervision, a history of failing to appear, and a history

07 of failing to comply with court orders and terms of supervision. Defendant poses a risk of

08 danger based on criminal history, the nature of the instant offense, and a history of failing to

09 comply.

10     4.     There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the

12 danger to other persons or the community.

13 It is therefore ORDERED:

14   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

15       General for confinement in a correction facility separate, to the extent practicable, from

16       persons awaiting or serving sentences or being held in custody pending appeal;

17   2.  Defendant shall be afforded reasonable opportunity for private consultation with

18       counsel;

19   3.  On order of the United States or on request of an attorney for the Government, the

20       person in charge of the corrections facility in which defendant is confined shall deliver

21       the defendant to a United States Marshal for the purpose of an appearance in connection

22       with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>4th</u> day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge